In the Matter of the Arbitration Between BERNARD BEROU et al., Appellants, and RALPH W. LEVINSON, Respondent.

Submitted January 10, 1947; decided February 27, 1947.

*Irving I. Hartman* for appellant.
*Louis Bierfass* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.